UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE L. CLINGEN,

    Plaintiff,

Case No. 1:16-cv-00388
Honorable Paul L. Maloney

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

_____

### STIPULATION AND ORDER TO DISMISS
### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY,
### WITH PREJUDICE

Plaintiff and Defendant Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), through their respective counsel, stipulate to the dismissal of all claims against Experian, only, with prejudice and without costs or fees to either party.

| | |
|---|---|
| /s/ Adam S. Alexander (by consent) | /s/ Tamara E. Fraser |
| Adam S. Alexander (P53584) | Tamara E. Fraser (P51997) |
| Attorney for Plaintiff | Attorney for Defendant Experian |
| (248) 246-6353 | (248) 642-0333 |
| adalesq@gmail.com | tefraser@wwrplaw.com |

# ORDER DISMISSING
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE AND WITHOUT COSTS OR FEES

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed from this matter with prejudice and without costs or fees to either party.

This resolves the last pending claim and closes this case.

Date:  May 31, 2016

  /s/ Paul L. Maloney
Honorable Paul L. Maloney
U.S. District Court Judge